**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | KAREN BROWNE : | Chapter 13 |
| | : | |
| | : | |
| | Debtor : | Bankruptcy No. 22-10662 |

**O R D E R**

AND NOW, this 4th day of April, 2022 upon consideration of the debtor's motion for an extension of time, it is HEREBY **ORDERED** that said motion is **GRANTED**. The debtorshall file all required documents on or before **April 14, 2022.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**