# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10662-ELF

KAREN BROWNE

604 WALNUT LANE

PHILADELPHIA, PA 19128

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN BROWNE

    604 WALNUT LANE

    PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                      /S/ Kenneth E. West

Date: 5/25/2022                                      _____

                                                            Kenneth E. West, Esquire
                                                            Chapter 13 Standing Trustee