United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10662-elf

Karen Browne                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                              Page 1 of 2

Date Rcvd: Jun 29, 2022                Form ID: pdf900                                 Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Browne, 604 Walnut Lane, Philadelphia, PA 19128-1712 |
| 14679662 | + | U.S. Bank National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 30 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:45 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14683403 | + | Email/PDF: pa_dc_ed@navient.com | Jun 30 2022 00:09:49 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14683404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2022 00:04:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14677535 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14683405 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 00:04:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14676752 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 00:04:00 | U.S. Bank, N.A., as Successor Trustee to Bank of America, 3815 Southwest Temple, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14694208 | | Email/Text: EDBKNotices@ecmc.org | Jun 30 2022 00:04:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14690458 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2022 00:09:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14692594 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14683406 | *+ | U.S. Bank, N.A., as Successor Trustee to Bank of America, 3815 Southwest Temple, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

District/off: 0313-2                                 User: admin                                          Page 2 of 2
Date Rcvd: Jun 29, 2022                           Form ID: pdf900                                 Total Noticed: 12
TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE SUCCESSOR IN THE INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTE FOR CERT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Karen Browne Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
KAREN BROWNE

                    Debtor            Bankruptcy No. 22-10662-ELF

# O R D E R

    **AND NOW**, this ____29th____ day of _____June_____, 2022 upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                        Honorable Eric L. Frank
                                         Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
KAREN BROWNE

604 WALNUT LANE

PHILADELPHIA, PA 19128